Case Name: Shawn Randall Thomas v. City of New York et al   Case Number: 24 CV - 1562 (DH) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | ✓ | | 09/05/2024 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 09/19/2024 |
| 3. Requested: | | | |
|    a. Medical records authorization | ✓ | | |
|    b. Identification of John Doe/Jane Doe defendants | | ✓ | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | ✓ | |
| 5. Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | ✓ | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | ✓ | | 09/05/2024 |
| 2. Defendant to make settlement offer | | | 10/05/2024 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | ✓ | |
| 4. Settlement Conference (proposed date) | | ✓ | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 11/12/2024 |
| 2. Motion to amend pleadings | | | 11/12/2024 |
| 3. Initial documents requests and interrogatories | | | 10/12/2024 |
| 4. All fact discovery to be completed | | | 12/13/2024 |

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. Expert discovery (only if needed) | | | | *Check here if not applicable* ☑ |
| | a. Affirmative expert reports due | | | |
| | b. Rebuttal expert reports due | | | |
| | c. Depositions of experts to be completed | | | |
| 7. Completion of all discovery (if different from C.4) | | | | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | | 1/13/2024 |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | | | 1/27/2024 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 1/27/2024 |

| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☑ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☑ No |

| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
|    a. Response due | | | |
|    b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
|    a. Response due | | | |
|    b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:
  /s/ Lara K. Eshkenazi                          09/12/2024
**LARA K. ESHKENAZI**                                **Date:**
United States Magistrate Judge