# Shawn Randall Thomas

c/o 309 Lafayette Avenue 21G · Kings County New York [non domestic] [near 11238] · srandallthomas@email.com

Monday, January 27th, 2025

**FILED**
**Jan 27, 2025, 10:12 PM**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

<u>VIA Pro Se Electronic Document Submission</u>

Judge Dearcy Hall
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom: 4H North
Brooklyn, New York 11201

    **RE:**    *Thomas v. City of New York, et al*
              *Case No.: 1:24-cv-01562-LDH-LKE*

Dear Judge DeArcy Hall,

    Plaintiff served and filed a letter requesting a pre-motion conference pursuant to Local Civil Rule 56.1 on December 27th, 2024.

    Pursuant to the INDIVIDUAL PRACTICES of this Court, section III CIVIL MOTIONS, A6(c), "Parties shall have fifteen (15) business days from service of a pre-motion letter and accompanying 56.1 statement to respond to each."

    Defendants had until Tuesday, January 21st, 2025, to respond to Plaintiff's 56.1 Statement, yet has failed to do so. Additionally, Defendants have failed to requested an extension of time, pursuant to Local Rules, to respond to Plaintiff's 56.1 Statement.

Plaintiff seeks to bring this matter to the Court's attention, and respectfully move this Court to schedule a conference at its earliest convenience.

*[signature]*

**Shawn Randall Thomas,** Sui Juris
c/o A.M.R.
**309 Lafayette Avenue, Suite 21G**
**Kings County New York [11238]**
**srandallthomas@email.com**
**917-727-9194**

cc:

**Christine Colalillo**
ccolalil@law.nyc.gov