

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**CHRISTINE COLALILLO**
*Assistant Corporation Counsel*
Tel.: (212) 356-2599
Fax: (212) 356-3509
Email: ccolalil@law.nyc.gov

January 30, 2025

**By ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn NY, 11201

         Re:    <u>Shawn Randall Thomas v. City of New York, et al.</u>,
                24-CV-1562 (LDH) (LKE)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and assigned to the defense of the above referenced matter. Defendants seek permission to file their response to Plaintiff's pre-motion conference letter and corresponding 56.1 statement on February 17, 2025, in accordance with the Court endorsed Case Management Plan.

      On September 6, 2024, the parties jointly filed a Case Management Plan which set the deadline for any pre-motion conference letters ("PMCL") in anticipation of a post-discovery dispositive motion to be due on January 27, 2025.[1] Defendants filed their PMCL and corresponding 56.1 statement with exhibits on January 27, 2025. (*See* ECF Dkt. No. 21). By letter dated January 27, 2025, Plaintiff argues that, because he filed his PMCL and corresponding 56.1 statement early, on or about December 27, 2024, defendants' response was due on January 21, 2025.

      Pursuant to Your Honor's Individual Rules Section (III)(6), however, defendants believe that they have fifteen (15) days from the date of the court ordered initial filing deadline *i.e.*, January 27, 2025, to respond to Plaintiff's PMCL and provide their counter statement to

---

[1] The case management plan contained a typo indicating that any PMCL was due on January 27, 202*4*, however, as this case was filed in March of 2024, the 2024 date is erroneous and should be 2025.

Plaintiff's 56.1 and not the arbitrary, earlier date unilaterally chosen by Plaintiff. Abiding by the Court ordered schedule also promotes judicial efficiency as the parties responses to the counterstatements will then be due on the same dates.

Accordingly, Defendants seek permission to file their response to Plaintiff's pre-motion conference letter and corresponding 56.1 statement on February 17, 2025, in accordance with the Court endorsed Case Management Plan. Thank you for your time and consideration.

Respectfully submitted,

*Christine Colalillo* /s/
Christine Colalillo
*Assistant Corporation Counsel*
Special Federal Litigation

cc:   **VIA REGULAR MAIL**
Shawn Randall Thomas
309 Lafayette Ave, Apt 21G
Brooklyn, NY 11238
*Plaintiff Pro Se*