RECEIVED IN THE PRO SE OFFICE
JAN 31, 2025, 11:42PM
VIA PRO SE PORTAL

# Shawn Randall Thomas

c/o 309 Lafayette Avenue 21G · Kings County New York [non domestic] [near 11238] · srandallthomas@email.com

Thursday , January 30th, 2025

**VIA Pro Se Electronic Document Submission**
Judge Dearcy Hall
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom: 4H North
Brooklyn, New York 11201

**RE:** *Thomas v. City of New York, et al*
*Case No.: 1:24-cv-01562-LDH-LKE*

Dear Judge DeArcy Hall,

      On January 30th, 2025, Assistant Corporation Counsel Christine Colalillo submitted a letter to the Court seeking permission to file Defendant's response to Plaintiff's Rule 56.1 statement.

      Plaintiff objects to, and otherwise opposes, Defendants being granted permission to file a late response.

      Ms. Colalillo cites the joint Case Management Plan which set a deadline date of January 27th, 2025, by which any pre-motion conference letters (PMCL) were to be due. That deadline date was just that, a deadline to file. It was not a date that would start the clock for which Defendants had to respond to Plaintiff's PMCL. If Ms. Colalillo believed her excuse to be the case, she would not now be writing to the Court for permission to respond.

      Additionally, Ms. Colalillo is seeking an extension of time to respond outside of the rules of this Court.

      Ms. Colalillo cites the joint Case Management Plan as if she has respect for what it sets out. The joint Case Management Plan sets a date for Defendants to make a settlement offer. Ms. Colalillo has ignored that provision as well.

      Plaintiff believes Ms. Colalillo now seeks permission under a guise made in bad faith, therefore Plaintiff objects to, and otherwise opposes, Defendants being granted permission to file a late response.

      Plaintiff notes that a response to Defendant's 56.1 has already been served on Defendant and filed using the Courts pro se delivery system, although it doesn't appear on the docket.

Respectfully submitted,

                                                   **Shawn Randall Thomas, Sui Juris**
                                                   **c/o A.M.R.**
                                                   **309 Lafayette Avenue, Suite 21G**
                                                   **Kings County New York [11238]**
                                                   **srandallthomas@email.com**
                                                   **917-727-9194**

**cc: Christine Colalillo**

Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Office Phone: 212.356.2599
ccolalil@law.nyc.gov